# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| PATRICK V., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:19-CV-00776-MAT <br><br><br><br> ORDER |

IT IS HEREBY ORDERED THAT upon consideration of Defendant's Stipulated Motion for Remand, the Court hereby REVERSES the Commissioner's decision in this matter and REMANDS the cause to the Commissioner for further administrative proceedings, a de novo hearing, and a new decision. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Upon remand, the ALJ will consider and issue findings regarding whether recovery of the overpayment may be waived pursuant to 20 CFR 404.506 and 404.512. The ALJ will consider and issue findings regarding whether the claimant was "at fault" or "without fault" in causing and/or accepting the overpayment pursuant to 20 CFR 404.510 and 404.511; and if it is determined that the claimant was without fault in causing the overpayment, the ALJ will consider findings regarding whether recovery of the overpayment would defeat the purpose of

Page 1   ORDER - [2:19-CV-00776-MAT]

Title II of the Social Security Act or be against equity or good conscience, pursuant to Acquiescence Ruling 92-5(9), 20 CFR 404.508 and 404.509. The Commissioner will also redact certain personally identifiable information from family members in the record.

This case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58. The briefing schedule in this matter is vacated.

DATED this 10th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Michael Howard
MICHAEL HOWARD
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3749
Fax: (206) 615-2531
michael.howard@ssa.gov